1  DANIELLE OCHS-TILLOTSON, SBN 178677
   dot@ogletreedeakins.com
2  JOHN G. LEE, SBN 238899
   john.lee@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300, One Market Plaza
4  San Francisco, California  94105
   Telephone:    415-442-4810
5  Facsimile:    415-442-4870

6  Attorneys for Defendant
7  FASTENAL COMPANY

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                        FRESNO DIVISION

11

12  DREW GARRETT DENISON,            )  Case No. 1:09-CV-01185-OWW-SMS
                                     )
13            Plaintiff,             )  **JOINT SCHEDULING REPORT**
                                     )  **(TELEPHONIC CONFERENCE**
14       v.                          )  **REQUESTED BY PLAINTIFF AND**
                                     )  **DEFENDANT FASTENAL COMPANY)**
15  FASTENAL COMPANY, a Minnesota    )
    Corporation; FASTENAL COMPANY,   )  **DATE:  November 4, 2009**
16  USA, a Minnesota Corporation,    )  **TIME:  8:15 a.m.**
    SHATANNA LARSEN, an individual, and )
17  DOES 1 thru 50, inclusive        )  **COURTROOM:  #3 (7th Floor)**
                                     )
18            Defendants.            )  **JUDGE OLIVER W. WANGER**
                                     )
19  _____

20

21

22

23

24

25

26

                              1

1    Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16-240, a Planning

2    Conference was held on October 15, 2009, between Katherine R. Boyd counsel for Plaintiff Drew

3    Denison ("Plaintiff"), and John G. Lee, counsel for Defendant Fastenal Company ("Defendant").

4    The Parties hereby submit the following Joint Status Report pursuant to the Order Setting Status

5    (Pretrial Scheduling) Conference:

6    **BRIEF SUMMARY OF THE CLAIMS.**

7    **I.    PLAINTIFF'S CLAIMS.**

8    Plaintiff was a full-time employee at Defendant Fastenal's Modesto facility for

9    approximately 7 months before Defendant Larsen became his direct supervisor in or about mid-

10   February 2007. In or about March 2007, Defendant Larsen began subjecting Plaintiff to a pattern

11   of offensive and unwanted sexual behavior that created an offensive and hostile work

12   environment including sexual advances and sending sexually oriented and explicit e-mail

13   messages. Plaintiff objected to Defendant Larsen's advances and other unwelcome, harassing

14   behavior, and indicated that they were unwelcome. In retaliation for Plaintiff's repeated rejection

15   of Defendant Larsen's sexual advances and conduct, Defendant Larsen retaliated against Plaintiff

16   including but not limited to modifying plaintiff's work hours to a less favorable schedule,

17   preparing a negative and false performance review that was placed in Plaintiff's personnel file and

18   ultimately terminating Plaintiff's employment on or about July 23, 2007.

19   Under the California Fair Employment and Housing Act, Defendant Fastenal is strictly

20   liable for the harassment by its supervisor, Defendant Larsen. Defendant Fastenal is also liable for

21   the retaliation and wrongful termination of Plaintiff.

22   **II.    DEFENDANT'S DEFENSES.**

23   Defendant denies any wrongdoing and also denies the characterization of the underlying

24   events by Plaintiff.  Defendant terminated Plaintiff for legitimate, non-discriminatory reasons,

25   including inadequate organizational skills, punctuality, and absenteeism.

26   Moreover, Plaintiff did not complain about any alleged sexual harassment during his

employment with Fastenal.

2

**STATUS OF SERVICE.**

Plaintiff:  There are no service issues as all parties have been served.

Defendant:  Individual defendant Shatanna Larsen claims she has not been served with the complaint and summons.

**JOINT OF ADDITIONAL PARTIES.**

The parties do not anticipate joining any additional parties.

**AMENDMENT TO THE PLEADINGS.**

The parties do not anticipate amending the pleadings.

**STATUTORY BASIS OF JURISDICTION AND VENUE.**

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed by the Defendant pursuant to 28 U.S.C. § 1441.  This is a civil action where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

Venue is proper in the Eastern District of California because Plaintiff's claims arose in Stanislaus County.

**PROPOSED DISCOVERY PLAN.**

The parties propose the following discovery plan:

A.      All written discovery and fact witness depositions, party and non-party, shall be completed no later than forty-five (45) days before the date set for trial.

B.      Reports from retained experts, if any, by any party who bears the burden of proof on any claim or defense shall be served no later than sixty (60) days before the date set for trial, and said expert(s) shall be deposed no later than thirty (30) after the date set for exchange of expert reports, if any.

The parties do not anticipate any changes for disclosures under Rule 26(a) or in the limitations on discovery imposed under the Civil Rules.

///

///

///

3

**MOTION DEADLINE.**

      Motions shall be heard and filed at least forty-five (45) days before the date set for trial.

**FINAL PRE-TRIAL CONFERENCE AND TRIAL.**

      Defendant requests that trial be scheduled no earlier than November 1, 2010 so that it may file and serve a timely summary judgment motion. Defendant further requests that the final pre-trial conference date occur ten (10) days before trial. Plaintiff requests that trial be set in May 2010.

**ESTIMATED LENGTH OF TRIAL.**

      Defendant anticipates that trial will last 7-10 days under the current facts as alleged in the Complaint. Plaintiff concurs.

**SPECIAL PROCEDURES.**

      The parties do not anticipate a need for any special procedures at this time.

**RELATED CASES.**

      The parties are unaware of any cases that are related to the instant action.

**PROSPECTS FOR SETTLEMENT.**

      Defendant is amenable to private mediation.

      Plaintiff is also amenable to private mediation.

///
///
///
///
///
///
///
///
///
///
///

4

**OTHER MATTERS.**

Individual defendant Shatanna Larsen currently resides in Seattle, WA.  She claims she has not been properly served with a summons and complaint, and it is unclear at this time what the status of her legal representation is.

DATED:  October 26, 2009                    CURTIS LEGAL GROUP


By: /s/ Katherine R. Boyd
    Katherine R. Boyd
    Attorneys for Plaintiff
    DREW GARRETT DENISON

DATED:  October 26, 2009                    OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.


By: /s/ John G. Lee
    John G. Lee
    Attorneys for Defendant
    FASTENAL COMPANY

**JOINT SCHEDULING REPORT**

7846176.1 (OGLETREE)

**PROOF OF SERVICE**
*Denison vs Fastenal, et al.*
*Case No. 1:09-CV—01185-OWW-SMS*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Francisco in the office of a member of the bar of this court at whose direction the service was made. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On October 28, 2009 I served a copy of the following document(s):

**Joint Scheduling Report (Telephonic Conference Requested by Plaintiff and Defendant Fastenal Company)**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached mailing list.

☒    **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**Katherine R. Boyd**
**Michelle B. Perez**
**Curtis & Arata, A Professional Corporation**
**1300 K Street, Second Floor**
**Modesto, CA  95354**

☐    **(State)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    **(Federal)**    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 28, 2009, at San Francisco, California.

_____
Abigail Harper

7494847_1