1  Katherine R. Boyd, SBN 143192
   CURTIS LEGAL GROUP
2  A Professional Law Corporation
   1300 K Street, Second Floor
3  Modesto, CA 95354
   (209) 521-1800
4
   Attorneys for Plaintiff,
5  Drew Garrett Denison

6

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
                         FRESNO DIVISION
9

10
   DREW GARRETT DENISON,              Case No. 1:09-CV-01185-OWW-SMS
11
              Plaintiff,              AMENDED PROOF OF SERVICE RE:
12                                    FASTENAL COMPANY FILED IN STATE
        v.                            COURT ACTION
13
   FASTENAL COMPANY, a Minnesota
14 Corporation; FASTENAL COMPANY,
   USA, a Minnesota Corporation,
15 SHATANNA LARSEN, an individual, and
   DOES 1 thru 50, inclusive
16
              Defendants.
17  _____/

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>CURTIS & ARATA<br>1300 K STREET<br>MODESTO, CA 95354 | POS-010<br>FOR COURT USE ONLY |
| TELEPHONE NO.:  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff   CF#1220D | FILED<br>09 JUL 17 PM 2:32<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF STANISLAUS<br>MARIE NORRIS<br>_____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS<br>STREET ADDRESS: 801 10TH STREET, 4TH FLOOR<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: MODESTO, CA 95354<br>BRANCH NAME: MODESTO Division | |
| PLAINTIFF/PETITIONER: DREW GARRETT DENISON<br>DEFENDANT/RESPONDENT: FASTENAL COMPANY, ET AL | CASE NUMBER:<br>640232 |
| AMENDED   PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [XX] summons
   b. [XX] complaint
   c. [XX] Alternative Dispute Resolution (ADR) package
   d. [XX] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [XX] other (specify documents): NOTICE OF CASE MANAGEMENT CONFERENCE, BLANK CASE MANAGEMENT STATEMENT

3. a. Party served (specify name of party as shown on documents served): FASTENAL COMPANY, A MINNESOTA

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   Margaret Wilson, Agent for Service of CT Corporation Systems

4. Address where the party was served: 818 W. 7TH STREET, LOS ANGELES, CA

5. I served the party (check proper box)
   a. [XX] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 05/27/09   (2) at (time): 12:45PM
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS<br>Legal Solutions Plus | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: | DREW GARRETT DENISON | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | FASTENAL COMPANY, ET AL | 640232 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                (2) from *(city):*
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):*   FASTENAL COMPANY, A MINNESOTA CORPORATION
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)             ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                                     ☐ other:

7. **Person who served papers**
  a. Name:     DAVID B. FOSTER
  b. Address:     DOERKSEN INVESTIGATIONS - 1200 G STREET, SUITE A, MODESTO, CA.
  c. Telephone number:     209-526-1542
  d. The fee for service was: $     95.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner     ☐ employee     ☒ independent contractor.
        (ii) Registration No.:     #4370
        (iii) County:     LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:   JULY 14, 2009

DAVID B. FOSTER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *David B. Foster* (SIGNATURE)

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2