1  Katherine R. Boyd, SBN 143192
   CURTIS LEGAL GROUP
2  A Professional Law Corporation
   1300 K Street, Second Floor
3  Modesto, CA 95354
   (209) 521-1800
4
   Attorneys for Plaintiff,
5  Drew Garrett Denison

6

7               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
8                    FRESNO DIVISION

9

10 DREW GARRETT DENISON,                Case No. 1:09-CV-01185-OWW-SMS

11            Plaintiff,                PROOF OF SERVICE RE: SHATANNA
                                        LARSEN FILED IN STATE COURT
12       v.                             ACTION

13 FASTENAL COMPANY, a Minnesota
14 Corporation; FASTENAL COMPANY,
   USA, a Minnesota Corporation,
15 SHATANNA LARSEN, an individual, and
   DOES 1 thru 50, inclusive
16
             Defendants.
17 _____/

18

19

20

21

22

23

24

25

26

27

28

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>CURTIS & ARATA<br>1300 K STREET, MODESTO, CA<br>TELEPHONE NO.: (209) 521-1800<br>ATTORNEY FOR: | FOR COURT USE ONLY<br><br>FILED<br>2009 JUL 30 PM 1:40<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF STANISLAUS<br>BY _____<br>JULIE CRAWFORD, DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS<br>801 10th Street, 4th Floor<br>Modesto, CA  95354 | |
| PLAINTIFF: DREW GARRETT DENISON<br>DEFENDANT: FASTENAL COMPANY, A MINNESOTA CORPORATION; FASTENAL COMPANY, USA, A MINESOTA CORPORATION, SHATANNA LARSEN, AN INDIVIDUAL, AND DOES 1 THROUGH 50 | CASE NUMBER:<br>640232 |
| PROOF OF SERVICE | Ref. No. or File No.:<br>1577D |

1. I am over 18 years of age and not a party to this action.

2. Received by DOERKSON INVESTIGATIONS to be served on SHATANNA LARSEN, 21804 MOUNTAIN HWY E, SPANAWAY, WA 98387.

3. **SUBSTITUTE** served by delivering a true copy of the **SUMMONS, CIVIL CASE COVER SHEET, COMPLAINT FOR DAMAGES, NOTICE OF CASE MANAGEMENT CONFERENCE, BLANK CASE MANAGEMENT STATEMENT, STIPULATION AND ORDER TO ADR** to: **HOLLY JONES**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **21804 MOUNTAIN HWY E, SPANAWAY, WA 98387**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

4. Date and Time of service:  7/16/2009 at 5:02 pm

5. Description of Person Served: Age: 20, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 120, Hair: Brown, Glasses: N

6. My name, address, telephone number, and, if applicable, county of registration and number are:
Name: D. NORRIS
Firm: DOERKSON INVESTIGATIONS
Address: 1200 G St Suite A, Modesto, CA 95354
Telephone number: (209) 526-1542
Registration Number: Process Server #9527
County: All Areas
The fee for the service was:

7. I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Date:  July 28, 2009

_____
D. NORRIS
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

_____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO : | FOR COURT USE ONLY |
|---|---|---|
| CURTIS & ARATA<br>1300 K STREET<br>MODESTO   CA 95354 | Ref. No. or File No.:<br>CF#1577D | |
| ATTORNEY FOR *(Name)*: | | |
| Insert name of court and name of judicial district and branch court, if any.<br>STANISLAUS COUNTY SUPERIOR COURT, STATE OF CALIFORNIA | | |

| SHORT TITLE OF CASE:  DENISON VS FASTENAL, ET AL | | | | |
|---|---|---|---|---|
| DECL. OF DILIGENCE | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>640232 |

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.  I RECEIVED THESE DOCUMENTS FOR SERVICE ON 06/16/09.

2. DOCUMENTS TO BE SERVED:

   SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF CASE MANAGEMENT CONFERENCE, BLANK CASE MANAGEMENT STATEMENT, ADR INFORMATION

3. PARTY TO BE SERVED:   SHATANNA LARSEN
   RESIDENCE ADDRESS:    21804 MOUNTAIN HWY E, SPANAWAY, WA
   BUSINESS  ADDRESS :   UNKNOWN TO PLAINTIFF

4. ATTEMPTS TO SERVE THE PARTY NAMED IN ITEM 3 ARE ENUMERATED BELOW:

   06/28/09  8:45PM   THIS IS A STORAGE RENTAL COMPANY, CLOSED.
   07/01/09  1:25PM   PRIVATE POSTAL MAILBOXES AT THIS LOCATION,
       WILL NOT GIVE OUT ANY BOXHOLDER INFORMATION, BUT
       U.S. POST OFFICE CONFIRMED THAT SHE RECEIVES
       MAIL AT THIS LOCATION.


   ON 07/16/09 AT  5:02PM- I LEFT THE PAPERS WITH :
           HOLLY JONES, PERSON IN CHARGE
   WHOM I DETERMINED TO BE A COMPETENT INDIVIDUAL OVER THE AGE OF 18.  I EXPLAINED THE GENERAL NATURE OF THE PAPERS, AND ASKED THAT THEY BE GIVEN TO THE DEFENDANT. I LEFT THE PAPERS WITH THAT INDIVIDUAL.

5. PERSON ATTEMPTING SERVICE:  D. NORRIS

 **DOERKSEN INVESTIGATIONS**
1200 "G" STREET
MODESTO, CALIFORNIA 95354
(209) 526-1542

CALIFORNIA STATE LICENSE NO. PI008702

☒ Exempt from registration under B&P § 22350(b).
☐ Registered California process server.

Jud. Coun. Form rule 982 (A) (23)
**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 28, 2009                               
                                                  (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| CURTIS & ARATA<br>1300 K STREET<br>MODESTO   CA 95354 | Ref. No. or File No..<br>CF#1577D | |
| ATTORNEY FOR (Name): | | |

Insert name of court and name of judicial district and branch court, if any.
STANISLAUS COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

| SHORT TITLE OF CASE: DENISON VS FASTENAL, ET AL | |
|---|---|

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: 640232 |
|---|---|---|---|---|

( CCP 415.20, 1013, 1013a(3) )

1. I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS CAUSE, AND NOT A PROTECTED PERSON LISTED IN ANY ORDERS. I AM A RESIDENT OF, OR EMPLOYED IN THE COUNTY WHERE THE MAILING TOOK PLACE.

2. MY BUSINESS ADDRESS IS: 1200 G STREET, SUITE A, MODESTO, CA. 95354

3. I SERVED A COPY OF THE FOLLOWING DOCUMENTS:

   SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF CASE MANAGEMENT . CONFERENCE, BLANK CASE MANAGEMENT STATEMENT, ADR INFORMATION

BY ENCLOSING THEM IN A SEALED ENVELOPE AND PLACING THE ENVELOPE FOR COLLECTION AND MAILING ON THE DATE AND AT THE PLACE SHOWN IN ITEM 4 FOLLOWING OUR ORDINARY BUSINESS PRACTICES.
   I AM READILY FAMILIAR WITH THIS BUSINESS'S PRACTICE FOR COLLECTING AND PROCESSING CORRESPONDENCE FOR MAILING. ON THE SAME DAY THAT CORRESPONDENCE IS PLACED FOR COLLECTION AND MAILING, IT IS DEPOSITED IN THE ORDINARY COURSE OF BUSINESS WITH THE UNITED STATES POSTAL SERVICE BY FIRST CLASS MAIL, POSTAGE FULLY PREPAID.

4. THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:

   PARTY SERVED:     SHATANNA LARSEN
   ADDRESS:          21804 MOUNTAIN HWY E, SPANAWAY, WA

   DATE MAILED:      07/21/09
   MAILED FROM:      MODESTO, CALIFORNIA

5. PERSON SERVING:    LISA DOERKSEN

**DOERKSEN INVESTIGATIONS**
1200 "G" STREET
MODESTO, CALIFORNIA 95354
(209) 526-1542

CALIFORNIA STATE LICENSE NO. PI008702

☑ Exempt from registration under B&P § 22350(b).
☐ Registered California process server.

Jud. Coun. Form rule 982 (A) (23)
**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 28, 2009                                      ▶  _Lisa Doerksen_ (SIGNATURE)