HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
KEVIN D. REESE - 172992
kreese@hansonbridgett.com
RENJU P. JACOB - 242388
rjacob@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Defendant
SHATANNA HAGEN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DREW GARRETT DENISON, | No. 1:09-CV-01185-OWW-SMS |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| v. | |
| FASTENAL COMPANY, a Minnesota Corporation; FASTENAL COMPANY, USA, a Minnesota Corporation; SHATANNA LARSEN, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Defendant Shatanna Hagen, Defendant Fastenal Company and Plaintiff Drew Garrett Denison hereby submit this joint stipulation to modify the scheduling order.

WHEREAS, the Court filed a Scheduling Conference Order in this case setting forth relevant deadlines in this case on November 4, 2009;

WHEREAS, Defendant Hagen made its initial appearance by way of Answer on March 31, 2010;

WHEREAS, the parties agree that additional time is needed to adequately

- 1 -

1  participate in discovery and prepare for trial in light of Defendant Hagen's recent
2  appearance of this case;
3      WHEREAS, the parties are considering alternative dispute resolution measures,
4  such as mediation;
5      IT IS HEREBY STIPULATED AND AGREED that the Scheduling Conference
6  Order be modified because good cause is shown with Defendant Hagen's recent
7  appearance.  The parties agree that the Scheduling Conference Order be modified as
8  follows:
9      Non-Discovery Deadline - Change from 5/3/10 to 9/1/10
10     Expert Discovery Deadline - Change from 7/1/10 to 9/1/10
11     Expert Witness Disclosure - Change from 5/3/10 to 7/2/10
12     Rebuttal or Supplemental Expert Disclosures - Change from 6/1/10 to 8/2/10
13     Non-Dispositive Pretrial Motions - Change from 7/15/10 to 9/15/10
14     Dispositive Motions - Change from 8/2/10 to 10/1/10
15     Hearing on Non-Dispositive Motions - Change from 8/13/10 to 10/13/10
16     Hearing on Dispositive Motions - Change from 9/13/10 to 11/8/10
17     Joint Pretrial Statement - Change from 10/8/10 to 10/29/10.
18     Pretrial Conference - Change from 10/18/10 to 11/8/10.
19
20 DATED:  April 7, 2010
21                                              By:      /s/
22                                                 KURT A. FRANKLIN
                                                   KEVIN D. REESE
23                                                 RENJU P. JACOB
                                                   HANSON BRIDGETT LLP
24                                                 Attorneys for Defendant
                                                   SHATANNA HAGEN
25
26
27
28

DATED: April __, 2010

By: _____
JOHN LEE
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant
FASTENAL COMPANY

DATED: April __, 2010

By: _____
GEORGE ARATA
ARATA, SWINGLE, SODHI & VAN EGMOND
Attorneys for Plaintiff
DREW GARRETT DENISON

ORDER

Good cause appearing, the Court grants the parties' stipulation. The Court's Scheduling Conference Order shall be modified to the extent agreed by the parties in this stipulation.

IT IS SO ORDERED.

Dated: **April 7, 2010**          **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE