1  GEORGE S. ARATA, (SBN 068631)
   ARATA, SWINGLE, SODHI & VAN EGMOND
2  A Professional Law Corporation
   912 11th Street, First Floor
3  Post Office Box 3287
   Modesto, CA 95354
4  Telephone: (209) 522-2211
   Facsimile: (209) 522-2980
5  Attorney for Plaintiff, DREW GARRETT DENISON

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DIVISION OF CALIFORNIA**

10                  **FRESNO DIVISION**

11

12  DREW GARRISON DENISON            Case No: 1:09-CV-01185-OWW-SMS

13        Plaintiff,
                                     **STIPULATION FOR DISMISSAL OF**
14  v.                               **ACTION; ORDER THEREON**

15  FASTENAL COMPANY, A Minnesota
    Corporation; FASTENAL Company, USA,
16  a Minnesota Corporation, SHATANNA
    LARSEN, an individual and DOES 1
17  through 50, Inclusive.

18        Defendants.
    _____/
19

20        Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to the

21  within action, by and through their respective attorneys of record, hereby stipulate and

22  agree that Defendant, Shatanna Hagen (formerly Shatanna Larsen) be dismissed as a

23  Defendant in the above-entitled litigation.  This dismissal will be with prejudice.  Each

24  party will bear its own costs and attorneys' fees.

25        After this dismissal is entered, Plaintiff will file Defendant Fastenal Company's

26

27  _____
    *STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON*
28

1   Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 and Notice of

2   Acceptance Re Defendant Fastenal Company's Offer of Judgment Pursuant to Federal

3   Rule of Civil Procedure 68.

4   Dated: July 8, 2010                    ARATA, SWINGLE, SODHI & VAN EGMOND
                                           A Professional Law Corporation
5

6                                          By:/s/ George  S. Arata
                                               GEORGE S. ARATA, ESQ.
7                                              Attorneys for Plaintiff

8
    Dated: July 8, 2010                    OGLETREE, DEAKINS, NASH, SMOAK, &
9                                          STEWART, P.C.

10
                                           By: /s/ John G. Lee
11                                             JOHN G. LEE, Attorneys for Fastenal
                                               Company
12

13
    Dated: July 8, 2010                    HANSON BRIDGETT
14
                                           By:  /s/ Renju P. Jacob
15                                             Renju P. Jacob, Attorneys for
                                               Shatanna Hagen
16  **IT IS SO ORDERED.**

17  **Dated:    July 9, 2010**                    _/s/ Oliver W. Wanger_
                                           **UNITED STATES DISTRICT JUDGE**
18

19

20

21

22

23

24

25

26

27
    _STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON_
28

2