## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
DREW GARRISON DENISON,

            Plaintiff,
                                        JUDGMENT IN A CIVIL ACTION
vs.
                                        1:09-cv-01185 OWW

FASTENAL COMPANY,
FASTENAL COMPANY, USA, and
SHATANNA LARSON

            Defendant.
_____/
```

Judgment is entered in this action in favor of Plaintiff Drew Garrison Denison and against Defendant Fastenal Company in the total amount of $75,000.00, according to the request for clerk to enter judgment pursuant to FRCvP 68. Each party to bear their own costs.


DATED: August 4, 2010                    VICTORIA C. MINOR, Clerk


                                         /s/ RENEE GAUMNITZ
                                     By: Renee Gaumnitz,
                                         Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com