**FILED**

AUG 0 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

1  GEORGE S. ARATA, (SBN 068631)
   ARATA, SWINGLE, SODHI & VAN EGMOND
2  A Professional Law Corporation
   912 11th Street, First Floor
3  Post Office Box 3287
   Modesto, CA 95354
4  Telephone: (209) 522-2211
   Facsimile: (209) 522-2980
5  Attorney for Plaintiff, DREW GARRETT DENISON

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DIVISION OF CALIFORNIA**

10                           **FRESNO DIVISION**

11

12  DREW GARRISON DENISON                 Case No: 1:09-CV-01185-OWW-SMS

13        Plaintiff,
                                          **PLAINTIFF'S REQUEST FOR ENTRY**
14  v.                                    **OF JUDGMENT**

15  FASTENAL COMPANY, A Minnesota
    Corporation; FASTENAL Company, USA,
16  a Minnesota Corporation, SHATANNA
    LARSEN, an individual and DOES 1
17  through 50, Inclusive.

18        Defendants.
                                    /
19

20        Pursuant to Federal Rules of Civil Procedure 68, plaintiff DREW DENISON

21  requests the Clerk enter judgment in the amount of $75,000.00 against FASTENAL

22  COMPANY.

23        On June 29, 2010, FASTENAL COMPANY made a Rule 68 Offer of Judgment in

24  the sum of $75,000.00. (See Docket Item 23.) On June 30, 2010, Plaintiff accepted

25  FASTENAL COMPANY'S offer of judgment and served its acceptance on July 1, 2010.

26  (See Docket Item 24.)

27

28  *PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT*

1       Based on Federal Rules of Civil Procedure 68, the Offer of Judgment, and its

2  acceptance, Plaintiff respectfully requests that judgment be entered against Defendant

3  FASTENAL COMPANY in the amount of $75,000.00.

4

5  Dated: August 2, 2010          ARATA, SWINGLE, SODHI & VAN EGMOND
                             A Professional Law Corporation

6

7                     By: _____

8                        GEORGE S. ARATA, ESQ.
                             Attorneys for Plaintiff

9                     ARATA, SWINGLE, SODHI & VAN EGMOND
                             P.O. Box 3287

10                  Modesto, CA 95353
                           Telephone: (209) 522-2211

11                  Facsimile: (209) 522-2980
                           E-mail: Garata@arata-law.com

12

13

14

15

16

17

18

19                It is so Ordered.  Dated: 8-4-10

20

21                   United States District Judge

22

23

24

25

26

27

28  PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT